No. 04-02-00494-CV



In re Ricardo ACEVEDO


Original Mandamus Proceeding


Arising from the 73rd Judicial District Court, Bexar County, Texas 


Trial Court No. 2000-CI-16459

Honorable Anne Ashby, Judge Presiding





PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sandee Bryan Marion, Justice

 

Delivered and Filed: July 24, 2002


PETITION FOR WRIT OF MANDAMUS AND PROHIBITION DENIED


 On July 15, 2002, relator filed a petition for writ of mandamus/prohibition and a motion for
emergency temporary relief. This court has determined that relator is not entitled to the relief sought.
Therefore, the petition and the motion are DENIED. Tex. R. App. P. 52.8(a).

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH